**Effie Mae McGRAW, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28608.**

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is the possession of whiskey, vodka, beer and wine for the purpose of sale in a dry area, with prior convictions for an offense of like character alleged for enhancement; the punishment, 30 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.